*pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–6462. ROBINSON *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 10–6465. RAMSEY *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10–6508. YOUNG *v.* STANSBERRY, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 10M37. TINSLEY *v.* GIORLA, WARDEN, ET AL.;
No. 10M39. DUNKLEY *v.* MELLON INVESTOR SERVICES ET AL.; and
No. 10M41. MORRISON *v.* UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10M38. IN RE GRAND JURY PROCEEDINGS. Motion of Reporters Committee for Freedom of the Press for leave to intervene denied. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 10M40. ZAMBRANO RODRIGUEZ *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 137, Orig. MONTANA *v.* WYOMING ET AL. Montana's motion for partial summary judgment granted in part and denied in part without prejudice in accordance with the Special Master's First Interim Report, and Anadarko Petroleum's motion for leave to intervene denied. JUSTICE KAGAN took no part in the consideration or decision of these motions. [For earlier order herein, see, *e. g., ante,* p. 958.]

No. 08–1314. WILLIAMSON ET AL. *v.* MAZDA MOTOR OF AMERICA, INC., ET AL. Ct. App. Cal., 4th App. Dist., Div. 3.

[Certiorari granted, 560 U. S. 923.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.